# EXHIBIT B

| | POS-015 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>MONTIE S. DAY, Attorney   State Bar No. 73327<br>Day Law Offices<br>59 Damonte Ranch Parkway, Suite B-482<br>Reno, Nevada 89521<br>  TELEPHONE NO.: 208-280-3766   FAX NO. *(Optional):* 800-219-2901<br>  E-MAIL ADDRESS *(Optional):* msdayesq@aol.com<br>  ATTORNEY FOR *(Name):* ALI M. UYANIK, and DOROTHY OWENS, etc. | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
  STREET ADDRESS: 191 NORTH FIRST STREET1
  MAILING ADDRESS:
  CITY AND ZIP CODE: SAN JOSE, CALIFORNIA 95113
  BRANCH NAME: MAIN

PLAINTIFF/PETITIONER: ALI. M. UYANIK DOROTHY OWENS, STATE OF CALIF.

DEFENDANT/RESPONDENT: EWAWANESA GENERAL INSURANCE COMPANY, ETC.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>22CV394093 |
|---|---|

TO *(insert name of party being served):* WAWANESA GENERAL INSURANCE COMPANY

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 17, 2022

MONTIE S. DAY, ATTORNEY
  *(TYPE OR PRINT NAME)*

▶ *(signature)* Montie S Day
  *(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)*

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*
   NOTICE OF CASE MANAGEMENT ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (Notice from Court Attachment CV-5012 FOR CASE NO. 22CV394093

*(To be completed by recipient):*

Date this form is signed:

Catherine Hanna-Blentzas
  *(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)*

▶ E-SIGNED by Catherine Hanna-Blentzas
  on 2022-03-23 10:41:48 PDT
  *(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT B
Page 258