UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI M UYANIK, et al., <br>     Plaintiffs, <br> v. <br> WAWANESA GENERAL INSURANCE COMPANY, <br>     Defendant. | Case No.22-cv-02361-NC <br><br> **JUDGMENT** |

In accordance with the Court's September 26, 2022, Order granting the motion to dismiss the First Amended Complaint without leave to amend, Judgment is entered against Plaintiffs and in favor of Defendant. The Clerk will close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge